1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN - 172715
2  kfranklin@hansonbridgett.com
   MOLLY A. LEE - 232477
3  mlee@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:	(415) 777-3200
5  Facsimile:	(415) 541-9366

6  Attorneys for Defendant
   JOHN MUIR HEALTH
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | JESUS TORRES, | No. CV 11 0995 LB |
   |---|---|
12 | Plaintiff, | **STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND TIME TO FILE ANSWER** |
13 | v. | |
14 | JOHN MUIR MEDICAL CENTER, | |
15 | Defendant. | |

16

17         Pursuant to Civil Local Rule 6-1, Plaintiff John Torres and Defendant John Muir

18  Health (named John Muir Medical Center in the Complaint) by and through their

19  respective attorneys of record, Thomas N. Stewart, III and Kurt A. Franklin and Molly A.

20  Lee of Hanson Bridgett LLP, state, agree and stipulate as follows:

21         1.     No extension of time to file an answer has been previously obtained.

22         2.     Upon being retained, counsel for Defendant called Plaintiff's counsel to

23  explore early resolution.  The parties have scheduled Plaintiff's expert to conduct a site

24  inspection on May 16, 2011, as part of this resolution effort.  Defendant will attend this

25  inspection, which is consistent with General Order 56.  The parties anticipate having

26  meaningful early-resolution discussions following this meeting.

27         3.     So that they can focus their efforts and resources on early resolution, the

28  parties agree and stipulate that Defendant be granted 60 additional days to file an

- 1 -

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE
ANSWER (CASE NO. CV 11 0995 LB)                                                       2975168.1

1  answer to the Complaint, with Defendant's Answer now being due on or before July 5,
2  2011.
3       4.   So that they can focus their efforts and resources on early resolution, the
4  parties also request any initial disclosure requirement under FRCP 26(a) be deferred
5  until 20 days after Defendant files its Answer.
6       5.   So that they can focus their efforts and resources on early resolution, the
7  parties also request that any notice to the ADR Unit regarding a "Need for Mediation" be
8  deferred 30 days after Defendant files its Answer.
9       IT IS SO STIPULATED.

DATED: April 29, 2011                                HANSON BRIDGETT LLP

                                        By: /s/ Molly A. Lee
                                            KURT A. FRANKLIN
                                            MOLLY A. LEE
                                            Attorneys for Defendant
                                            JOHN MUIR HEALTH

DATED: April 28, 2011

                                        By: /s/ Thomas N. Stewart III
                                            THOMAS N. STEWART III
                                            Attorneys for Plaintiff
                                            JESUS TORRES

**IT IS SO ORDERED:**

Defendant JOHN MUIR HEALTH shall file an Answer or other responsive pleading on or before July 5, 2011.  The parties shall exchange initial disclosures under

///
///
///

- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE
ANSWER (CASE NO. CV 11 0995 LB)                                       2975168.1

1  General Order 56 by July 25, 2011.  The parties shall file a "Notice of Need for
2  Mediation" with the ADR Unit by August 5, 2011.  All other dates are vacated.
3
4
5  DATED: May 3, 2011                    _____
6                                                              HONORABLE LAUREL BEELER
                                                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*

*Judge Laurel Beeler* (signature stamp)